JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:23-cv-00683-MCS-JC |
| Plaintiff, | **JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT** |
| v. | |
| YUANKAI NANGONG, SHEILA R. RAINEY KNOX, JILL ELIZABETH HERTRICK, and DOES 1–10, | |
| Defendants. | |

Pursuant to the Court's Order Entering Default Judgment and Granting Motion for Discharge of Interpleader, it is ORDERED, ADJUDGED, and DECREED:

1. Plaintiff Wells Fargo Bank, N.A., deposited $89,000.00 into the registry of the Court. Its motion for discharge in interpleader and request to recoup its reasonable attorneys' fees and costs in connection with this action is granted. $18,446.81 of the interpleader funds shall be disbursed to Wells Fargo through a check made payable to "Wells Fargo Bank, N.A." and sent to counsel Michael Rapkine at 155 North Lake Ave., 11th Floor, Pasadena, CA, 91101. Wells Fargo is discharged from all liability in this action. The other parties are restrained from instituting or prosecuting against Wells Fargo any other proceeding relating to the respective rights and obligations as between the parties to this interpleader action.

2. As to the remaining funds in interpleader, $38,843.89, plus 49/89 of any accrued interest, shall be disbursed to Defendant Shelia R. Rainey Knox via U.S. Mail. $31,709.30 plus 40/89 of any accrued interest, shall be disbursed to Defendant Jill Elizabeth Hertrick via U.S. Mail. Defendant Yuankai Nangong shall recover nothing from this action.

3. Upon distribution of the interpleaded funds, this matter shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 29, 2024

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

cc: Fiscal Department
   Ms. Knox (via regular U.S. Mail)
   Ms. Hertick (via regular U.S. Mail)

2